IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge Mary Coster Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME TO FILE ANSWER

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including April 11, 2005, within which to file its response to the complaint. Our response is currently due on February 25, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of the Navy, as required by 28 U.S.C. § 520. Agency counsel has stated that the agency is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this

unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

February 16, 2005