# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed February 17, 2005)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On February 16, 2005, Defendant filed a motion for enlargement of time of 45 days, to and including **April 11, 2005**, within which to respond to Plaintiff's complaint. Plaintiff's counsel does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**