IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge Mary Coster Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including April 25, 2005, within which to file its response to the complaint. Our response is currently due on April 11, 2005. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted 45 additional days. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose.

The enlargement is requested because the undersigned counsel of record for defendant did not receive a litigation report from the interested agency, the United States Department of the Navy, as required by 28 U.S.C. § 520, until April 4, 2005. The information received by the undersigned has revealed a possible basis for a potential counterclaim. Agency counsel, however, is currently out of the office until April 12, 2005. The enlargement of time is necessary to allow the undersigned to further investigate the potential counterclaim, to discuss the matter with agency counsel upon her return, and to obtain additional information.

For the foregoing reasons, defendant respectfully requests that the Court grant this

unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

April 8, 2005

Attorneys for Defendant