# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed April 12, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *

**CONSTRUCTURE, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On April 8, 2005, Defendant filed a motion for enlargement of time of 14 days, to and including **April 25, 2005**, within which to respond to Plaintiff's complaint. Plaintiff's counsel does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**