# In the United States Court of Federal Claims

**No. 04-1820**

**(Filed June 28, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSTRUCTURE, INC. ,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims (RCFC), the Court held a preliminary status conference with the parties on June 28, 2005, to set a schedule for discovery, pretrial and trial, and to address any outstanding issues with the parties. At the outset, the Court granted Plaintiff's unopposed request for leave to file an amended complaint. In accordance with the representations made during the conference and the suggestions made by the parties in their proposals for future proceedings, the Court schedules the following:

1. Initial Disclosures. Initial disclosures pursuant to RCFC 26(a)(1) shall be completed on or before **June 30, 2005**, with document production by the Government to be completed by **July 15, 2005**.

2. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before **February 1, 2006**, and any Motion to Compel shall be filed on or before **January 2, 2006**.

3. Status Conference. On **November 1, 2005, at 11 am EST**, the Court will conduct a telephonic status conference to address any potential issues that arise. Also, the Court will conduct a telephonic status conference on **January 12, 2006, at 11 am EST** to address any Motions to Compel or other outstanding issues. The Court will initiate the teleconference, and a court reporter will transcribe the proceedings.

4. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before **May 1, 2006**. Plaintiffs' expert report(s) shall be submitted on or before **March 1, 2006**, and Defendant's responsive expert report(s) shall be submitted on or before **April 3, 2006**.

5. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibits and witness lists, and to stipulate to all matters as to which the parties agree, on or before **April 11, 2006**. The parties shall ensure that exhibits are not duplicative.

6. Dispositive Motions. Defendant, if it desires, shall file any motion to dismiss on or before **August 12, 2005**, and any responses and replies thereto shall be filed in accordance with the Court's Rules. Moreover, if appropriate, the parties shall file any summary judgment motions on or before **March 1, 2006**, and any responses and replies thereto shall be filed in accordance with the Court's Rules.

7. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, Plaintiffs shall file their Memorandum of Contentions of Fact and Law (Memorandum) on or before **May 5, 2006**. Defendant shall files its responsive Memorandum on or before **June 2, 2006**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions, including any Motion in Limine, contemplated by Appendix A ¶¶ 14, 15, and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for failure.

8. Pretrial Conference. The pretrial conference will be conducted at **11 am EST, on June 13, 2006**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designated will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **May 31, 2006**, so that such objection may be discussed at the pretrial conference. The parties shall prepare and submit prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached, a copy of which will be, at the request

of a party, provided to the party in electronic form by the Court.

9. Trial. Trial will be conducted on **June 20, 2006**, through **June 23, 2006**, in Charleston, South Carolina. Trial will begin at 9:00 a.m. EST on each day, and conclude at 6:00 p.m. unless the Court otherwise orders. During each day of trial, the Court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the Court is willing to sit late to accommodate the schedules of witnesses and counsel.

10. Courtesy Copies of Documents. The parties shall file courtesy copies of any submissions via facsimile machine, (202) 357-6666, or by e-mail, williams_chambers@ao.uscourts.gov.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**