IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge Mary Coster Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR
AN ENLARGEMENT OF TIME TO DISPOSITIVE MOTION

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including August 26, 2005, within which to file its dispositive motion. In its June 28, 2005 order, the Court established August 12, 2005, as the date by which the Government must file its dispositive motion. This is defendant's first request for an enlargement of time for this purpose. The undersigned attempted to contact plaintiff, through counsel, but was unable to reach him to determine whether plaintiff opposed this motion.

The enlargement is requested because plaintiff filed its amended complaint on August 10, 2005, and defendant has, in the past two days, identified possible grounds for a partial motion to dismiss. The additional time will enable defendant to conduct further research into the matter, to discuss the matter with agency counsel, and to draft its partial motion to dismiss. Additionally, it will give the parties the opportunity to discuss the matter.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

August 12, 2005