# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed August 15, 2005)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

---

On August 12, 2005, Defendant filed a motion for an enlargement of time of 14 days, to and including **August 26, 2005**, within which to file a dispositive motion in this action. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**