DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
BEAUFORT AREA
P.O. BOX 9310
BEAUFORT, SC 29904-9310

IN REPLY REFER TO:
03C6544
R20AA
15 November 2004

CONSTRUCTURE INC
797 COOPER ROAD
PIEDMONT SC 29673

Subject: CONTRACT N62467-03-C-6544, REPLACE AIR HANDING UNITS @ THRID AND WEAPONS BATTALION, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SC

Gentlemen:

Your Invoice Number 4 dated 26 October 2004, in the amount of $904,329.2711 has been received and is being processed for payment. The following is provided to identify the reason(s) for the approved payment being less than that requested.

| | |
|---|---|
| Value of completed performance from your invoice........................ | $2,848,317.66 |
| Disallowances: | |
| Line item remaining punchlist items, deduct | $20,000.00 |
| Floor repair – 3 bldgs; 1 set of handrails | |
| Approved value of completed performance.................................. | $884,329.27 |
| Retention (Previous Retention ) | $225,305.18 |
| Retention (Unsatisfactory Progress) | $88,432.93 |
| Deductions (Potential Liquidated Damages): | $1,160,800.00 |
| 3rd Bn 327 days @ $1550 per day | |
| Weapons 451 days @ $1450 per day | |
| Subtotal.................................................................................... | $1,474,538.11 |
| Less prior payments | $1,943,988.39 |
| Amount approved for payment...................................................... | $0 |

If there are any questions regarding this invoice, please call this office at (843) 228-8574.

Sincerely,

Robin D. Fowler

ROBIN D. FOWLER
CONTRACTING OFFICER

RECEIVED

2004 OCT 29 A 8: 19

...D OFFICE
...AUFORT AREA

NAVFAC 7300/30 (rev 01/02)

## NAVAL FACILITIES ENGINEERING COMMAND

**1. CONTRACTOR'S INVOICE**

From **ConStructure, Inc.**
797 Cooper Rd., Piedmont, SC 29673

Invoice Date **10/26/2004**
Invoice Number **4**

POC/Telephone/email for this invoice: Shahab Seyedein/(864) 220-6000x13/shahabstar@aol.com

To: Contract Specialist: **Alberta Abram**

**Below is a Statement of Performance under Contract** **# N62467-03-C-6544**
**for** Replace AHU's **at** 3rd & Weapons Battalion Recruit Barracks, MCRD, PISC

The enclosure provides breakdown of this statement of performance.

| | | | |
|---|---|---|---|
| A. Total value of contract/task order through change | 5 | $ | 6,977,189.73 |
| B. Percentage of performance complete | | | 0.4082328 |
| C. Value of completed performance | | $ | 2,848,317.66 |
| D. Less total of prior payments | | $ | 1,943,988.39 |
| E. Amount of this invoice | | $ | 904,329.27 |

Signature and Title: [signature] President
Signature of Authorized Representative

Date: 10/26/04

Taxpayer Identification No. (TIN): 58-2304766

Electronic funds transfer (EFT) banking information (if applicable): Wachovia Bank, Rt# 053207766
Acct# 2010000384361
DUNS# 036719359

# INVOICE CERTIFICATION

(FAR 52.232-5)

RECEIVED
2004 OCT 29 A 8:19
FIELD OFFICE
BEAUFORT AREA

CONTRACTOR'S NAME: CONSTRUCTURE INC

ADDRESS: 797 COOPER ROAD
PIEDMONT SC 29673

CONTRACT NUMBER AND DESCRIPTION:

N62467-3-C-6544 REPLACE AHU'S AT 3RD & WEAPONS BATTALIONS

I hereby certify, to the best of my knowledge and belief, that:

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

[signature]
(Signature)

BILL MUXLOW
(Typed Name)

10-28-04
(Date)

**INVOICE CERTIFICATE TO BE USED ON ALL CONTRACTS.**