# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00008
3. EFFECTIVE DATE: 03-Dec-2004
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO.(If applicable):

6. ISSUED BY CODE N62467
GREGORY MCHONE (CODE 0211GM)
843-820-5635
FAX 843-818-6915
CHARLESTON SC 29419-9010

7. ADMINISTERED BY (If other than item 6) CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
ROICC BEAUFORT
PO BOX 9310
BUILDING 658, MOORE STREET
BEAUFORT SC 29904-9310

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
CONSTRUCTURE INC.
SHAHAB SEYEDEIN
797 COOPER ROAD
PIEDMONT SC 29673

CODE 09WR8 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. N62467-03-C-6544
X 10B. DATED (SEE ITEM 13) 10-Jul-2003

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 52.249-10, DEFAULT (Fixed-Price Construction)(Apr 84)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification Control Number: gtmcho05696

REPLACE AHUS AT THIRD AND WEAPONS BATTALION, MCRD, PARRIS ISLAND, SC

Termination for Default

Continued on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
DAVID DEMOSKE / CONTRACTING OFFICER
TEL: 843-820-5900

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED 03-Dec-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

) )

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

N62467-03-C-6544
P00008


FINAL DECISION 05-S-004
(DEFAULT)

Your right to proceed with work under contract N62467-03-C-6544, REPLACE AIR HANDLING UNITS AT 3RD AND WEAPONS BATTALION RECRUIT BARRACKS, MCRD, BEAUFORT, SC, is hereby terminated for default, in whole, effectively, due to failure to maintain progress. The Government reserves all rights and remedies provided by law or called for under the contract, in addition to charging the increased costs occasioned by completion of this defaulted contract.

This is the Final Decision of the Contracting Officer. This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 22041, within ninety days from the date you receive this decision. A copy thereof shall also be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Director, Acquisition. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedures of the Armed Services Board of Contract Appeals are in the Department of Defense Federal Acquisition Regulation Supplement (DFARS), Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $100,000 or less and Small Claims (expedited) procedures are available in appeals involving $50,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the Court of Federal Claims* within 12 months of the date you receive this decision (*except as provided in Section 4 of the Contract Disputes Act (Maritime Contracts)).

7003 2260 0002 0113 2531

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: CONSTRUCTURE INC.
SHAHAB SEYEDEN
Street, Apt. No.; or PO Box No.: 797 Cooper Road
City, State, ZIP+4: Piedmont, SC 29673
N62467-03-C-6544 P0008

PS Form 3800, J... See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONSTRUCTURE INC.
SHAHAB SEYEDEN
797 Cooper Road
Piedmont, SC 29673
N62467-03-C-6544 P0008

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Deborah Scoggins ☐ Agent ☐ Addressee

B. Received by (Printed Name): Deborah Scoggins C. Date of Delivery: 12/8/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 0113 2531

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540