**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSTRUCTURE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 04-1820C** |
| **vs.** | ) | |
| | ) | **Judge: Mary Coster Williams** |
| **UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

The Plaintiff does not oppose Defendant's Partial Motion to Dismiss those portions of the Plaintiff's Amended Complaint that refer to the remission of the money withheld by the government for liquidated damages. Defendant contends that the Court lacks jurisdiction over those matters because the Plaintiff did not submit a claim and failed to obtain a contracting officer's final decision. Plaintiff requests that the Court issue an order dismissing those portions of the Plaintiff's Amended Complaint that referred to the remissions of money withheld for liquidated damages, with such dismissal being without prejudice.

Respectfully Submitted,
**PEDERSEN & SCOTT, P.C.**

s/William A. Scott
William A. Scott
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656
ATTORNEYS FOR PLAINTIFF

Dated this 26th day of September, 2005.