# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed November 1, 2005)**

* * * * * * * * * * * * * * * * * * * * * * *
**CONSTRUCTURE, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S UNOPPOSED PARTIAL MOTION TO DISMISS

On August 26, 2005, Defendant filed a partial motion to dismiss portions of Plaintiff's amended complaint pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims. Specifically, Defendant seeks dismissal of those portions of Plaintiff's amended complaint that refer to the remission of the money withheld by the Defendant for liquidated damages. Defendant argues that this Court lacks jurisdiction over those portions of the amended complaint because Plaintiff did not submit a claim and failed to obtain a final decision from the contracting officer prior to initiating this action. Plaintiff does not oppose this motion. Accordingly, Defendant's partial motion to dismiss is **GRANTED** without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**