# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed November 1, 2005)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

**ORDER AMENDING TRIAL SCHEDULE**

---

The trial for this matter is re-scheduled from June 20-23, 2005, to **June 27-30 2005**. Trial will be conducted in Charleston, South Carolina, beginning at 9:00 a.m. EST on each day.

It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**