# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed January 10, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to the agreement of the parties, the status conference scheduled for January 12, 2006 has been rescheduled for **Wednesday, January 18, 2006 at 2:00 pm ET.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**