# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed January 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On January 18, 2006, the Court conducted a telephonic status conference with the parties to discuss Plaintiff's motion to extend the scheduling order of June 28, 2005. Plaintiff indicated that it filed a claim with the contracting officer on November 29, 2005 for remission of money withheld by Defendant for liquidated damages, but that the contracting officer has not yet issued a final decision on the claim. The parties expect the contracting officer's decision by the end of February 2006, at which time the parties will assess whether to file any amended pleadings or counter-claims. Accordingly, in light of the representations made during the conference, the parties shall file a joint status report on amending the schedule on or before **February 17, 2006.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**