IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| vs. | ) | |
| | ) | Judge: Mary Ellen Coster Williams |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of January 18, 2006, the parties hereby submit this joint status report to propose an amended schedule for the proceedings in this case.

The Department of the Navy anticipates that it will render a contracting officer's final decision on plaintiff's November 29, 2005 claim on or before March 17, 2006. The Navy also anticipates that it will assess liquidated damages and reprocurement costs on or before March 17, 2006. Based upon this, the parties propose the following schedule:

Plaintiff's Amended Complaint. Plaintiff will file its amended complaint on or before **March 30, 2006**.

Defendant's Amended Answer. Defendant will file its amended answer on or before **April 10, 2006.**

Fact Discovery. All fact discovery, including all depositions, shall conclude on or before **September 1, 2006** and any Motion to Compel shall be filed on or before **August 1, 2006**.

Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before **November 1, 2006**. Plaintiffs' expert report(s) shall be submitted on or before **September 1, 2006**, and Defendant's responsive expert report(s) shall be submitted on or before **October 3, 2006**.

Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibits and witness lists, and to stipulate to all matters as to which the parties agree, on or before **November 17, 2006**. The parties shall ensure that exhibits are not duplicative.

Dispositive Motions. If appropriate, the parties shall file any summary judgment motions on or before **November 17, 2006**, and any responses and replies thereto shall be filed in accordance with the Court's Rules.

Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, Plaintiffs shall file their Memorandum of Contentions of Fact and Law (Memorandum) on or before **December 1, 2006**. Defendant shall files its responsive Memorandum on or before **January 5, 2006**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions, including any Motion in Limine, contemplated by Appendix A ¶¶ 14, 15, and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for failure.

Pretrial Conference. The pretrial conference will be conducted in **February**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designated will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **November 31, 2006**, so that such objection may be discussed at the pretrial conference. The parties shall prepare and submit prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached, a copy of which will be, at the request of a party, provided to the party in electronic form by the Court.

Trial. Trial will be conducted in **February or March of 2007**, in Charleston, South Carolina. Trial will begin at 9:00 a.m. EST on each day, and conclude at 6:00 p.m. unless the Court otherwise orders. During each day of trial, the Court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the Court is willing to sit late to accommodate the schedules of witnesses and counsel.

Respectfully Submitted,

**PEDERSEN & SCOTT, P.C.**

s/William A. Scott
William A. Scott
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656

Dated: February 14, 2006

Attorney For Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

February 14, 2006