# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed February 23, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CONSTRUCTURE, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

On February 14, 2006, the parties filed a joint status report in which they notified the Court that the Department of the Navy anticipates rendering a contracting officer's final decision on Plaintiff's November 29, 2005 claim, as well as assessing liquidated damages and reprocurement costs, on or before March 17, 2006. Based on the representations made by the parties, the Court schedules the following:

1. **Amended Complaint**. Plaintiff shall file its amended complaint on or before **March 30, 2006.**

2. **Amended Answer**. Defendant shall file its amended answer on or before **April 10, 2006.**

3. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **September 1, 2006**, and any motion to compel shall be filed on or before **August 1, 2006.**

4. **Expert Discovery**. The parties shall complete all expert discovery, including the exchange of expert reports and the completion of expert depositions, on or before **November 1, 2006**. Plaintiff shall submit its expert report(s) on or before **September 1, 2006**, and Defendant shall submit its expert report(s) on or before **October 3, 2006.**

5. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibits and witness lists, and to stipulate to all matters as to which the parties agree, on or before **November 17, 2006.** The parties shall ensure that exhibits are not duplicative.

6. **Dispositive Motions**. The parties shall file any summary judgment motions on or before **November 17, 2006**, and any responses and replies thereto shall be filed in accordance with the Court's rules.

5. **Memorandum of Contentions of Fact and Law**. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **December 1, 2006.** Defendant shall file its responsive Memorandum on or before **January 5, 2006.** Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

6. **Pretrial Conference**. The pretrial conference will be conducted on **January 23, 2007, at 11:00 a.m. EST** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **November 30, 2006**, so that such objections may be discussed at the pretrial conference. The parties shall prepare and submit prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

7. **Trial**. Trial will be conducted **February 6, 2007 – February 9, 2007**, in Charleston, South Carolina. Trial will begin at 9:00 a.m. EST on each day, and conclude at 6:00 p.m. unless the Court otherwise orders. During each day of trial, the Court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the Court is willing to sit late to accommodate the schedules of witnesses and counsel.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**