**DEPARTMENT OF THE NAVY**
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
P. O. BOX 190010
2155 EAGLE DRIVE
NORTH CHARLESTON, S. C. 29419-9010

4365
Code ACQ11
03-C-6544
06-006
17 Mar 06

**FINAL DECISION 06-S-009**

**CERTIFIED - RETURN RECEIPT REQUESTED**

Constructure, Inc.
797 Cooper Road
Piedmont, SC 29673

Subj: CONTRACT N62467-03-C-6544, REPLACE AIR-HANDLING UNITS AT THIRD AND WEAPONS BATTALIONS, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SOUTH CAROLINA

Gentlemen:

Your letter of November 29, 2005, requested that the Government pay ConStructure, Inc. (ConStructure) $1,160,800.00 (plus interest) heretofore withheld from payments under the contract in anticipation of the assessment of Liquidated Damages. Upon review of your claim and other pertinent information, I have determined it to be without merit. Consequently, your claim is hereby denied. The basis for this position is as follows:

Modification P00008, effective December 3, 2004, terminated ConStructure's right to proceed under the contract pursuant to clause FAR 52.249-10, DEFAULT. Such termination was precipitated by your failure to prosecute the work with the diligence that would insure its completion within the time specified in the contract. Clause FAR 52.249-10 sets forth that "(t)he Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work." We are currently assessing the amount of damages for which ConStructure will be liable to the Government pursuant to FAR 52.249-10. Such damages, together with ConStructure's liability under the Liquidated Damages clause of the contract, shall be the subject of a Government claim against ConStructure which shall be forwarded by separate letter. Given that the costs incurred by the Government in completing the scope of work for the terminated contract shall exceed the value of the contract at the time of termination, and in consideration of ConStructure's liability for Liquidated Damages, ConStructure is not entitled to further payments.

This is the Final Decision of the Contracting Officer. This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the

EXHIBIT 2

Subj: CONTRACT N62467-03-C-6544, REPLACE AIR-HANDLING UNITS AT THIRD AND WEAPONS BATTALIONS, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SOUTH CAROLINA

Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 22041, within ninety days from the date you receive this decision. A copy thereof shall also be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Director of Acquisition. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedures of the Armed Services Board of Contract Appeals are in the Department of Defense Federal Acquisition Regulation Supplement (DFARS), Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $50,000 or less and Small Claims (expedited) procedures are available in appeals involving $10,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the Court of Federal Claims* within 12 months of the date you receive this decision (*except as provided in Section 4 of the Contract Disputes Act (Maritime Contracts)).

Sincerely,

DAVID DEMOSKE
Acquisition Director
Contracting Officer

Copy to: NAVFAC ACQ
ROICC Beaufort, SC