**DEPARTMENT OF THE NAVY**
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
P. O. BOX 190010
2155 EAGLE DRIVE
NORTH CHARLESTON, S. C. 29419-9010

4365
Code ACQ11
03-C-6544
06-010
17 Mar 06

**FINAL DECISION 06-S-010**

**CERTIFIED - RETURN RECEIPT REQUESTED**

Constructure, Inc.
797 Cooper Road
Piedmont, SC 29673

Subj: CONTRACT N62467-03-C-6544, REPLACE AIR-HANDLING UNITS AT THIRD AND WEAPONS BATTALIONS, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SOUTH CAROLINA

Gentlemen:

Modification P00008, effective December 3, 2004, terminated ConStructure's right to proceed under the contract pursuant to clause FAR 52.249-10, DEFAULT. Such termination was precipitated by your failure to prosecute the work with the diligence that would insure its completion within the time specified in the contract. Modification P00008 reserved all rights and remedies afforded the Government by law or called for under the contract, in addition to the right to charge ConStructure, its sureties, assigns, et al, for the increased costs occasioned by completion of the defaulted contract. In addition, paragraphs (a) and (b) of Clause FAR 52.211-12, LIQUIDATED DAMAGES – CONSTRUCTION (SEP 2000), of the contract stipulate that:

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay the Government as liquidated damages, **(Third Battalion) Phase 3 thru 12**, in the amount of **$1,550.00** each calendar day of delay until the work is completed or accepted per phase. **NOTE: (Weapons Battalion) Phases 3A thru 9A**, in the amount of **$1,450.00** each calendar day of delay until the work is completed or accepted per phase.

(b) If the Government terminates the contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

Pursuant to the aforementioned contract clauses, those costs and damages for which the Government now asserts ConStructure to be responsible are as follows:

EXHIBIT 3

Subj: CONTRACT N62467-03-C-6544, REPLACE AIR-HANDLING UNITS AT THIRD AND WEAPONS BATTALIONS, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SOUTH CAROLINA

| | |
|---|---|
| Payments Made to ConStructure under 03-C-6544: | $1,943,988.39 |
| Cost of Completion Contracts:<br>(04-D-0088/006 = $381,692.00)<br>(04-D-0088/007 = $6,653,886.00) | $7,035,578.00 * |
| Storage Expense (Material from Terminated Contract): | $6,514.50 |
| ConStructure's Liability for Liquidated Damages: | $277,449.00 * |
| **Subtotal:** | **$9,263,529.89** |
| Less Price of 03-C-6544 at Termination: | ($6,985,467.73) |
| **Subtotal:** | **$2,278,062.16** |
| Government Administrative Costs: | $182,244.97 * |
| **ConStructure's Debt to the Government:** | **$2,460,307.13** * |

* While the completion contracts initiated by the Government upon termination of the subject contract are largely complete, portions of the work are yet to be finished. Consequently, the values noted for the completion contracts, liquidated damages and administrative costs contain some elements which are estimated, and thus are subject to change based on actual cost experience and work completion. The Government reserves the right, at any time prior to final resolution of these matters, to adjust the amount demanded from ConStructure to reflect the most current cost and completion information.

The Government hereby demands that ConStructure make payment in the amount of $2,460,307.13 for satisfaction of the debt identified above. ConStructure is to forward its check, made payable to the United States Treasury, to the Defense Finance and Accounting Office identified in the subject contract. ConStructure is put on notice that any amount of the debt left unpaid after 30 days from the date of this demand shall bear interest from that date until payment is made. Pursuant to Public Law 92-41, interest shall accrue at the rate established by the Secretary of the Treasury for the affected period. Should ConStructure be unable to make payment at this time, or should it be your intent to dispute the amount determined payable, you may submit a proposal for deferment of collection. Any proposal for deferment should be submitted to the undersigned for evaluation. Upon evaluation, such proposal will be forwarded to the Assistant Secretary of the Navy (Financial Management and Comptroller) for consideration and approval/disapproval.

This is the Final Decision of the Contracting Officer. This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof

Subj: CONTRACT N62467-03-C-6544, REPLACE AIR-HANDLING UNITS AT THIRD AND WEAPONS BATTALIONS, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SOUTH CAROLINA

must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 22041, within ninety days from the date you receive this decision. A copy thereof shall also be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Director of Acquisition. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedures of the Armed Services Board of Contract Appeals are in the Department of Defense Federal Acquisition Regulation Supplement (DFARS), Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $50,000 or less and Small Claims (expedited) procedures are available in appeals involving $10,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the Court of Federal Claims* within 12 months of the date you receive this decision (*except as provided in Section 4 of the Contract Disputes Act (Maritime Contracts)).

Sincerely,

DAVID DEMOSKE
Director of Acquisition
Contracting Officer

Copy to: ROICC Beaufort, SC
NAVFAC ACQ
DFAS Columbus, OH
Atlantic Mutual Insurance Company