IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge Mary Coster Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including May 1, 2006, within which to respond to plaintiff's second amended complaint. In its February 23, 2006 order, the Court established April 10, 2006, as the date by which the Government must file its response. This is defendant's first request for an enlargement of time for this purpose. The contacted plaintiff, through counsel, and he indicated that plaintiff does not oppose this motion.

The enlargement is requested because current counsel for the Government will cease employment with the Department of Justice on April 7, 2006. This case will, thus, be reassigned to a new attorney. The additional time is necessary to allow the new attorney to familiarize himself with the case, to confer with agency counsel, and to draft a response to plaintiff's second amended complaint.

Current counsel had intended to file the Government's response to plaintiff's second amended complaint before her departure, however, she was unable to do so due to her schedule. Plaintiff filed its second amended answer on March 29, 2006. Since that time, the undersigned

was required to file a motion to partially dismiss and an answer on March 29, 2006, in Weber v. United States, No. 05-1290, a status report in Toste v. United States, No. 04-902C, on March 31, 2006, and to appear for oral argument in Grot v. United States, 03-1951C, on April 4, 2006. Additionally, the undersigned was required to produce discovery responses in Interstate Construction v. United States, No. 04-1618C, on March 31, 2006 and April 7, 2006, and Swanson Group, Inc. v. United States, No. 05-179C, on April 3, 2006. Finally, the undersigned was required to appear for oral argument in Watt v. Department of Transportation, Fed. Cir. No. 05-3220, on April 5, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

April 7, 2006

Attorneys for Defendant