# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed April 10, 2006)**

* * * * * * * * * * * * * * * * * * * * * *
**CONSTRUCTURE, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On April 7, 2006, Defendant filed an unopposed motion for an enlargement of time of 21 days, to and including **May 1, 2006**, within which to respond to Plaintiff's second amended complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**