IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge Mary Coster Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 10-day enlargement of time, to and including May 11, 2006, within which to respond to plaintiff's second amended complaint. The Court previously granted defendant's requested for a 21-day enlargement of time for this purpose. Plaintiff, through counsel, indicated that plaintiff does not oppose this motion.

Counsel has recently assumed responsibility for the case and was unexpectedly required to prepared a brief on short notice in Corpuz v. Office of Personnel Management, 06-3177 (Fed. Cir), for filing today, May 1, 2006. The preparation of this brief on short notice precluded counsel's review of this matter and finalizing our draft answer, necessitating this request.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

Of Counsel:

s/John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-8260
Fax: (202) 514-7965

U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

May 1, 2006

Attorneys for Defendant