# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed May 2, 2006)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On May 1, 2006, Defendant filed an unopposed motion for an enlargement of time of 10 days, to and including **May 11, 2006**, within which to respond to Plaintiff's second amended complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**