IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION ON BEHALF OF THE PARTIES TO STAY
ALL PROCEEDINGS EXCEPT DISCOVERY

Defendant upon behalf of the parties respectfully requests the Court to stay all proceedings except ongoing discovery, including defendant's obligation to respond to the second amended complaint, with the parties to file with the Court a joint status report on September 10, 2006, regarding further proceedings. The Government's answer to the second amended complaint is due on May 11, 2006, and the Court has granted an enlargement of time of 10 days for this purpose; plaintiff's expert reports are now due on September 1, 2006. Plaintiff's counsel has reviewed this motion and authorizes counsel to state that plaintiff join in this motion.

This case arises from a construction construct terminated for default. The agency is in the process of reprocurement, which the agency now expects to be complete in August 2006. The Government anticipates the filing of a counterclaim for reprocurement costs, but cannot finalize the amount of that claim until the reprocurement is complete. Plaintiff anticipates discovery into any such counterclaim, but does not wish to commence that discovery until the reprocurement is complete. Both parties desire that all the claims

relating to this contract be resolved in one action.

For these reason, the parties respectfully propose that the Court stay all proceedings, with the exception ongoing discovery, with the parties to file a joint status report on September 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202)616-8260
Fax: (202) 514-7965

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

May 10, 2006