# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed May 11, 2006)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS IN PART**

---

On May 10, 2006, Defendant filed a motion on behalf of the parties to stay all proceedings except ongoing discovery, including Defendant's obligation to respond to the second amended complaint. The parties seek this stay because Defendant anticipates filing a counterclaim once reprocurement is completed, and the parties wish to resolve all their claims in one action. Good cause having been shown, this motion is **GRANTED**.

The parties shall file a joint status report on **September 11, 2006**, regarding further proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**