IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1820C |
| v. | ) | (Judge M. Coster Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION ON BEHALF OF THE PARTIES FOR
AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests a 14-day enlargement of time upon behalf of the parties within which to file a joint status report. The Court's May 11, 2006 order provides for the parties to file a joint status report on September 11, 2006, and the Court has not previously granted an enlargement of time for this purpose. Counsel for plaintiff authorized counsel to state that plaintiff joins in this motion.

Government counsel is awaiting information from the Navy on the reprocurement contract. The time requested is to obtain that information and to schedule further discovery relating to this action.

For the foregoing reasons, the parties respectfully request that the Court grant this motion for an enlargement of time to and including September 25, 2006, within for the parties to file a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/John S. Groat
JOHN S> GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202)616-8260
Fax: (202) 514-7965

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

September 8, 2006

Attorneys for Defendant