IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1820C |
| | ) | (Judge M. Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Defendant, the United States, respectfully submits this status report upon behalf of the parties. Counsel for plaintiff authorized counsel to state that plaintiff joins in this report.

The Defense Contract Audit Agency recently completed its on site examination of plaintiff's records and is preparing its report on plaintiff's claim. The Government is supplementing its document production to include documents generated in connection work recently performed by a follow-on contractor. Plaintiff's counsel anticipates completing his review of the supplemental document production by October 31, 2006.

The parties then proposes to discuss the possibility both of narrowing the issues and of settlement.

Based upon the foregoing, the parties respectfully propose to file a joint status report on or before November 22, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202)616-8260
Fax: (202) 514-7965

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

September 21, 2006

Attorneys for Defendant