# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed September 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On September 22, 2006, the Defendant filed a joint status report on behalf of the parties informing the Court of the progress of their document production and review. The parties also propose to discuss the possibility of both narrowing the issues and of settlement and request to file another joint status report. Good cause having been shown, the parties are directed to filed a joint status report, on or before **November 22, 2006**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**