IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1820C |
| | ) | (Judge M. Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Defendant, the United States, respectfully submits this status report upon behalf of the parties. Counsel for plaintiff has reviewed this report and authorized counsel to state that plaintiff joins in this report.

The Government is evaluating plaintiff's settlement offer and expects to respond to the contention in the settlement proposal to plaintiff's counsel on December 15, 2006. Plaintiff then proposes to reply to that response on January 5, 2006. Counsel for the parties then intend to discuss the issues in depth in an effort to narrow the issues and to ascertain the possibility of settlement, either meeting in person or by telephone conference.

Based upon the foregoing, the parties respectfully propose to file a joint status report on or before January 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202)616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

November 21, 2006