# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed November 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * *

**CONSTRUCTURE, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On November 21, 2006, the Defendant filed a joint status report on behalf of the parties informing the Court of the progress of their settlement discussions. The parties wish to continue their efforts to narrow the issues and to pursue settlement. Good cause having been shown, the stay in this action is continued until further order of the Court. The parties are directed to file a joint status report on or before **January 31, 2007.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**