IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1820C |
| | ) | (Judge M. Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Defendant, the United States, respectfully submits this status report upon behalf of the parties. Counsel for plaintiff has reviewed this report and authorized counsel to state that plaintiff joins in this report.

The parties have not be able to reach an amiable resolution at this juncture. Defendant is providing plaintiff's counsel a copy of a recently complete Defense Contract Audit Agency audit of plaintiff's claim. Defendant's expert is preparing an expert report of the delay issues to be provided plaintiff on before March 2, 2007. Both parties anticipate that this expert report will significantly narrow the issues to be addressed in discovery. Based upon both parties' review of that report, the parties then propose to suggest to the Court a discovery schedule for fact and expert depositions.

Based upon the foregoing, the parties respectfully propose to file a joint status report on or before March 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

January 30, 2007