# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed February 7, 2007)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On January 30, 2007, Defendant filed a joint status report on behalf of the parties informing the Court of the progress of their settlement discussions. The parties were unable to settle the case, but wish to continue their efforts to narrow the issues to be addressed in discovery. Accordingly, the stay in this action is continued until further order of the Court. The parties are directed to file a joint status report on or before **March 16, 2007,** which will propose a discovery schedule for fact and expert depositions, as well as three mutually agreeable times to hold a telephonic status conference**.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**