IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1820C |
| | ) | (Judge M. Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Defendant, the United States, respectfully submits this status report upon behalf of the parties. Counsel for plaintiff has reviewed this report and authorized counsel to state that plaintiff joins in this report.

Pursuant to the Court's February 7, 2007 order, the parties respectfully propose to conduct fact and expert and discovery through August 31, 2007, and propose March 27, 28, or 29, 2007, for a telephone status conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202)616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

Of Counsel:

AUDREY VAN DYKE
U.S. Department of the Navy
720 Kennon St. SE
Washington, DC 20374

March 16, 2007