# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed March 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**
**SCHEDULING TELEPHONIC STATUS CALL**

---

Pursuant to the agreement of the parties, a status conference, via telephone, is scheduled for **12:00 p.m., March 29, 2007**. The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**