# In the United States Court of Federal Claims

**No. 04-1820C**

**(Filed: April 2, 2007)**

| | |
|---|---|
| **CONSTRUCTURE, INC.,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## AMENDED SCHEDULING ORDER

The Court held a status conference on March 29, 2007. The stay, imposed on May 11, 2006, is hereby lifted. Based on the representations made by the parties at the status conference, Accordingly, the Court schedules the following:

1. **Fact and Expert Discovery**. All fact and expert discovery, including all depositions, shall conclude on or before **August 31, 2007.**

2. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibits and witness lists, and to stipulate to all matters as to which the parties agree, on or before **September 17, 2007.** The parties shall ensure that exhibits are not duplicative.

3. **Memorandum of Contentions of Fact and Law**. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **October 1, 2007.** Defendant shall file its responsive Memorandum on or before **October 29, 2007.** Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

4. **Pretrial Conference**. The pretrial conference will be conducted on **November 19, 2007, at 11:00 a.m. EST** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **November 13, 2007**, so that such objections may be discussed at the pretrial conference. The parties shall prepare and submit prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

5. **Trial**. Trial will be conducted **December 4, 2007 - December 12, 2007**, in Charleston, South Carolina. Trial will begin at 9:00 a.m. EST on each day, and conclude at 6:00 p.m. unless the Court otherwise orders. During each day of trial, the Court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the Court is willing to sit late to accommodate the schedules of witnesses and counsel.

.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**