IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1820C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Michael S. Dufault, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4056
Washington, D.C. 20530
Phone: (202) 616-0471
Fax: (202) 353-7988
E-mail:Michael.Dufault@usdoj.gov

Attention: Classification Unit
8th Floor

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Aug 14

Dated: ~~July~~ ___, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of ~~July,~~ Aug. 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael S. Dufault