**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1820C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION UPON BEHALF OF BOTH PARTIES FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, upon behalf of itself and plaintiff, Constructure, Inc., respectfully files this joint motion for an enlargment of time of 90 days to complete discovery and to amend the Court's April 2, 2007 scheduling order to postpone the current trial date and all pretrial filing dates. Currently, discovery is set to close on August 31, 2007, and trial is set for December 4, 2007. Pursuant to our request, discovery would close on November 30, 2007. This is our first motion upon behalf of both parties for an enlargment of time for this purpose.

To date, the parties have conducted extensive discovery, but additional time is still needed to complete our discovery efforts. On August 23, 2005, plaintiff served its first set of interrogatories and request for production of documents, to which the Government responded on November 18, 2005. On October 5, 2005, the Government issued its first set of interrogatories and

request for production of documents, to which the plaintiff responded on December 1, 2005. On May 18, 2006, plaintiff issued its second request for production of documents, to which the Government completed its response on June 4, 2007. On July 5, 2007, plaintiff issued a 30(b)(6) notice of deposition to be scheduled for August 29, 2007.

To date, the parties have both procured experts and each expert has generated his respective expert report. The parties require additional time to complete several depositions, and to issue any further written discovery, if necessary. Due to former Government counsel's unexpected medical leave, and plaintiff's desire to obtain documents related to the Government's recent reprocurement of the contracted services at issue in this case, the parities are unable to finalize discovery by the Court's current August 31, 2007 deadline.

Our motion for enlargement of time is further necessary because, while conducting discovery, the parties have been engaged in settlement discussions and desire to continue such discussions concurrent with finalizing discovery. The 90-day enlargement of time requested by this motion will enable the parties to continue further settlement efforts.

For these reasons, we respectfully request, upon behalf of both parties, that the Court grant our joint request for an enlargment of time of 90 days, through and including November 30,

2007, to finalize discovery. We further request that the Court amend its current scheduling order to postpone the current trial date of December 4, 2007 and all pre-trial filing dates. In the event that this case is not amicably resolved by November 30, 2007, the parties are available, at the Court's convenience, to conduct a trial in this case in the Spring of 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/S/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

August 21, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, a copy of the foregoing "DEFENDANT'S MOTION UPON BEHALF OF BOTH PARTIES FOR AN ENLARGMENT OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault