# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed: September 7, 2007)**

* * * * * * * * * * * * * * * * * * * * * *

**CONSTRUCTURE, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER**

---

On August 21, 2007, Defendant filed a motion on behalf of both parties for an enlargement of time, to and including **January 15, 2008**, in which to complete discovery. The parties also request to amend the Court's April 2, 2007 scheduling order to postpone the current trial date and all pretrial filing dates. Good cause having been shown, this motion is **GRANTED**.

The pre-trial conference is rescheduled for **April 1, 2008, at 11:00 a.m.**, via telephone. The Court will initiate the call. The trial is rescheduled for **April 21-25, 2008,** and will be conducted in Charleston, South Carolina.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**