IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSTRUCTURE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1820C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME TO
COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER

Plainitff, Constructure, Inc., and defendant, the United States, respectfully request an enlargement of time of 120 days, to and including July 5, 2008, within which to complete discovery in this case. Additionally, the parties request that the Court reschedule the current trial date from April 21, 2008, until December 2008, or later.

On September 6, 2007, the Court entered an order enlarging the time for completion of discovery until January 15, 2008, and set a trial date of April 21, 2008. Subsequent to the Court's order, the parties have meaningfully engaged in attempts to resolve their dispute without the need for further litigation. The parties are continuing to work on proposed settlement terms, which defendant expects that it will forward to the authorized representative of the United States Attorney General for consideration (See 28 C.F.R. Part 0, Subpart Y) by March 2008.

The portion of our request that extends to an enlargement of time to complete discovery is made in order to preserve the rights of the parties in the event that they cannot reach settlement.

For these reasons, the parties respectfully request that the Court grant their unopposed motion for a 120-day enlargement of time within which to complete discovery and reschedule

the April 21, 2008 trial date until December 2008, or later.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ William Atkins Scott
WILLIAM ATKINS SCOTT
Pedersen & Scott, P.C
775 St. Andrews Boulevard
Charleston, SC 29407
Tel: (843) 556-5656
Fax: (843) 556-5635

Attorneys for Plainitff

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

January 16, 2008

CERTIFICATE OF FILING

I hereby certify that on this 16th day of January, 2008, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo