# In the United States Court of Federal Claims

**No. 04-1820C**
**(Filed: January 17, 2008)**

* * * * * * * * * * * * * * * * * * * * * *
*
**CONSTRUCTURE, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO AMEND THE COURT'S SCHEDULING ORDER**

---

On January 16, 2008, the parties filed a joint motion for an enlargement of time within which to complete discovery. The parties also request that the Court reschedule its current trial date of April 21, 2008 until December 2008, or later. Good cause having been shown, this motion is **GRANTED**.

The Court amends its previous schedule as follows:

| | | |
|---|---|---|
| 1. | **July 7, 2008** | Discovery shall be completed. |
| 2. | **November 24, 2008 at 11:00 a.m. EST** | Pretrial Conference, via telephone. The Court will initiate the call. |
| 3. | **December 8-12, 2008** | TRIAL will be conducted in Charleston, South Carolina. |

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**